NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3083

MICHELE KELLER,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

ON MOTION

Petition for review of the Merit Systems Protection Board in
CH3443080506-I-1.

ORDER

Upon consideration of Michele Keller's unopposed motion for a 30-day extension

of time, until April 13, 2009, to file her brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAR 3 1 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 3 1 2009

JAN HORBALY
CLERK

cc: Martin S. Hume, Esq.
Sara B. Rearden, Esq.

s19